# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FILED

SONIA L. SABATH,

00 JUL 28 PM 1: 22

Plaintiff,

v.

No. CIV 99-621 MV/KBM

LOVELACE HEALTH SYSTEMS, INC.,

Defendant.

## LOVELACE HEALTH SYSTEMS, INC.'S MOTION TO DISMISS ON GROUNDS OF CLAIM PRECLUSION (RES JUDICATA) OR ALTERNATIVELY FOR FAILURE TO COMPLY WITH THE FEDERAL ARBITRATION ACT

Defendant Lovelace Health Systems, Inc. ("Lovelace") hereby moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) and under the grounds of res judicata for dismissal of Plaintiff's Second Amended Complaint and Jury Demand with prejudice.

In support of its motion, Lovelace respectfully refers the Court to the Brief in Support of the Motion, filed contemporaneously herewith.

Opposing counsel opposes the relief sought by this motion.

                                WIGGINS, CAMPBELL & WELLS
                                A Professional Corporation

                                By _____
                                    Lorna M. Wiggins
                                    Marianne B. Hill
                                Attorneys for Defendant
                                20 First Plaza, Suite 710 (87102)
                                P. O. Box 1308
                                Albuquerque, New Mexico 87103-1308
                                (505) 764-8400



We hereby certify that a copy of the
foregoing was hand-delivered to opposing
counsel of record on this 26th
day of June, 2000.

WIGGINS, CAMPBELL & WELLS
A Professional Corporation

By *(signature)*
   Lorna M. Wiggins
   Marianne B. Hill

H:\LMW\CLIENT\1605\009\pldgs\mtd-resjudicata.wpd